In the Matter of the Accounting of JEREMIAH W. DAVERN, as Executor of ELIZABETH M. RYAN, Deceased. JOHN RYAN et al., Appellants; JEREMIAH W. DAVERN, Individually and as Executor and Trustee under the Will of ELIZABETH M. RYAN, Deceased, et al., Respondents.— Present — Foster, P. J., Heffernan, Brewster, Bergan and Coon, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. CELESTIAN L. STRZEP, Appellant, against J. VERNEL JACKSON, as Warden of Clinton Prison, Respondent.— Application for extension of time within which to perfect appeal granted and time extended to the May, 1952, Term of this court. Present — Foster, P. J., Heffernan, Brewster, Bergan and Coon, JJ.

In the Matter of the Claim of JOSEPH TOFANO, as Administrator of the Estate of FLORENCE TOFANO, Deceased, Claimant, against TEXTILE EMBROIDERY CO. et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent.— Present — Foster, P. J., Heffernan, Brewster, Bergan and Coon, JJ.

CLAYTON A. RUGG, JR., Appellant, v. STATE OF NEW YORK, Respondent. (Motion No. 1654.) — Foster, P. J., Heffernan, Bergan and Coon, JJ., concur; Brewster, J., dissents. [See 278 App. Div. 216.]